AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:24-mj-566 |
| Marinel ARREAGA RAMIREZ aka: Marino A RAMIREZ, Marinel RODRIGUEZ, Marino ARREGA RAMIREZ, Marion RAMIREZ | ) ) ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 14, 2023__ in the county of __Butler__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) | was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Matthew Klauenberg*
*Complainant's signature*

Matthew W. Klauenberg, Deportation Officer
*Printed name and title*

Received be reliable electronic means and sworn and attested to by telephone.

Date: __Jul 17, 2024__

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

City and state: __Cincinnati, OH__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **Marinel ARREAGA RAMIREZ aka:** <br> **Marino A RAMIREZ, Marinel** <br> **RODRIGUEZ, Marino ARREGA** <br> **RAMIREZ, Marion RAMIREZ** | **Criminal No.** ___1:24-mj-566___ |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Matthew W. Klauenberg, being duly sworn, depose and state as follows:

**INTRODUCTION**

1.      I am a Deportation Officer with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) division. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") and I have received specialized training in establishing alienage and removability of foreign-born citizens.  I also have extensive knowledge of, and experience reviewing, Alien files ("A-files") which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to a known alien maintained by Citizenship and Immigration Services, which contains, among other information, records from any prior removal from the United States and the reason for such removal.  The documents, including fingerprint records of the alien, are placed in the A-file by representatives of the Department of Homeland Security as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

1

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging the above named defendant with violating 8 U.S.C § 1326(a) in that, on or about May 14, 2023, the above named defendant was found in the United States, specifically in Hamilton, Ohio, which is located in the Southern District of Ohio, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, after having been denied admission, excluded, deported, or removed from the United States.

3. This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the course of the investigation. This affidavit contains the information necessary to establish probable cause but does not include each and every fact known to me or known to the government.

4. On May 14, 2023, Butler County Sheriff's Department officers fingerprinted the subject subsequent to his arrest for driving while intoxicated. His fingerprints were automatically submitted to ICE which confirmed a match to the subject.

5. ICE ERO officers later submitted the defendant's fingerprints to ICE databases, which confirmed a match to Marinel ARREAGA RAMIREZ, a native and citizen of Guatemala, and not a citizen of the United States, who (according to ICE databases) has been deported from the United States on or about: February 15, 2008, through Chandler, Arizona, August 24, 2017, through Alexandria, Louisiana, and May 2, 2018, through Alexandria, Louisiana.

## CONCLUSION

Based upon the foregoing, I submit there is probable cause to conclude that on or about May 14, 2023, the above named defendant, an alien, was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and having not obtained the express consent of the Attorney General of the United States or

2

the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

_Matthew Klauenberg_
_____
Matthew Klauenberg
Deportation Officer
Immigration and Customs Enforcement

Received by reliable electronic means

and sworn and attested to by telephone on

**Jul 17, 2024**_____, 2024

_Karen L. Litkovitz_
_____
Karen L. Litkovitz
United States Magistrate Judge

3